IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

T'Keesha Y. Chapman, on behalf of
Tan'yasha Chapman,

      Plaintiff(s),

    vs.

Kilroy Restaurants, Inc., et al.,

      Defendant(s).

Case Number: 1:16cv372

Judge Susan J. Dlott

ORDER

    The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on March 15, 2016 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 1, 2016, hereby ADOPTS said Report and Recommendation.

    Accordingly, plaintiff's complaint is DISMISSED.

    The Court certifies pursuant to 28 U.S.C. §1915(a) that an appeal of any Order adopting the Report and Recommendation will not taken in good faith, therefore, denying plaintiff leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider,* 178 F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.* 105 F.3d 274, 277 (6th Cir. 1997).

    IT IS SO ORDERED.

                                                  ___s/Susan J. Dlott_____
                                                  Judge Susan J. Dlott
                                                  United States District Court